█ EDWARD L. LINDENMAYER et al., Respondents, v TIMOTHY D. GENECCO et al., Appellants. (Appeal No. 2.) (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Negligence.) Present—Denman, P. J., Callahan, Boomer, Lawton and Davis, JJ.